**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | No. 112 MM 2015 |
|---|---|
| Respondent | |
| v. | |
| A.A, | |
| Petitioner | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.